UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERCY GREEN, III, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:06CV01667 RWS |
| CITY OF ST. LOUIS POLICE DEPT., et al., | ) |
| Defendant(s). | ) |

**MEMORANDUM AND ORDER**

This matter is before me on Plaintiff Percy Green, III's Motion to Amend/Correct [#89]. Green seeks to have the time limits he proposed in his Amended Joint Scheduling Plan [#87] adopted by the Court in this case. On February 8, 2008, a Rule 16 Conference was held in this case. All counsel were present at the Rule 16 Conference and any alternative dates should have been addressed at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Percy Green, III's Motion to Amend/Correct [#89] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2008.