UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERCY GREEN, II, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01667 RWS |
| ) | |
| POLICE DEPARTMENT OF THE ) | |
| CITY OF ST. LOUIS, et al. ) | |
| Defendant(s). ) | |

## MEMORANDUM AND ORDER

This matter is before me on Defendants Charles McCrary and Kestner Miller's Motion to Compel Plaintiff's Responses to Defendants' Second Request for Admissions [#97].

Defendants Charles McCrary and Kestner Miller served their Second Request for Admissions upon Plaintiff on December 5, 2007. In Defendants' Second Request for Admissions directed to Plaintiff, Defendants provided an explicit definition of the word "personally." Plaintiff responded to Defendants' Second Request for Admissions, but failed to respond to such requests in a manner consistent with Defendants' definition of the word "personally." As a result, Defendants seek an Order compelling Plaintiff to fully and completely answer Defendants' Second Request for Admissions.

I will grant Defendants' Motion in part and order Plaintiff to fully and completely answer Defendants' Second Request for Admissions. However, I will deny Defendants' Motion in part regarding awarding Defendants their costs and fees incurred in the preparation and filing of this Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Plaintiff's Responses to Defendants' Second Request for Admissions [#97] is **GRANTED** in part and **DENIED** in part.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of April, 2008.