UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PERCY GREEN, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CV1667 RWS |
| ) | |
| STATE OF MISSOURI, OPERATING AS ) | |
| THE ST. LOUIS, MISSOURI POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS THE SPECIAL ADMINISTRATIVE BOARD OF ST. LOUIS PUBLIC SCHOOLS CHARLES McCRARY AND KESTNER MILLER'S MOTION FOR COSTS

Defendants The Special Administrative Board of St. Louis Public Schools, Charles McCrary and Kestner Miller ("Defendants"), pursuant to 28 U.S.C. §§ 1821 and 1920, Fed. R. Civ. P. 54 (d) (1) and Local Rule 8.03, hereby move this Court to tax costs of this action against Plaintiff Percy Green. In support of Defendants' Motion for Costs, Defendants file contemporaneously herewith, and incorporates herein by reference, their Suggestions in Support of Defendants' Motion for Costs.

1689510.1

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

/s/ Thomas L. Caradonna
Thomas L. Caradonna #34751MO
Stephen L. Durbin #56432MO
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7693
Facsimile: (314) 612-7693

*Attorneys for Defendants The Special Administrative Board of St. Louis Public Schools, Charles McCrary and Kestner Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert J. Reinhold
Law Centers of Robert J. Reinhold
8050 Watson Road, Suite 101
St. Louis, MO 63119
*Attorney for Plaintiff*

/s/ Thomas L. Caradonna